## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

MAAZ ISRAR,

       Plaintiff,

v.                               Case No.: _____

D&A SERVICES, LLC of IL,

       Defendant.

_____/

## NOTICE OF REMOVAL

      Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, D&A Services, LLC of IL ("D&A"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.  The removal of this civil case is proper because:

      1.     D&A is the named defendant in this civil action filed by plaintiff, Maaz Israr ("plaintiff"), in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Maaz Israr v. D&A Services, LLC of IL,* Case No.: COCE-21-038088 (hereinafter the "State Court Action").

      2.     D&A removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3.      Pursuant to 28 U.S.C. § 1446(b), D&A has timely filed this Notice of Removal.  D&A was served with plaintiff's Complaint on July 8, 2021.  This Notice of Removal is filed within 30 days of receipt of the Complaint by D&A.

4.      Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

5.      A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Seventeenth Judicial Circuit, in and for Broward County, Florida.

WHEREFORE, Defendant, D&A Services, LLC of IL, hereby removes to this Court the State Court Action.

Dated: July 28, 2021

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*D&A Services, LLC of IL*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2021, a copy of the foregoing was filed electronically via CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com


*/s/ Michael P. Schuette*
Attorney