# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

MAAZ ISRAR,

      Plaintiff,

v.     Case No.: 0:21-cv-61542-WPD

D&A SERVICES, LLC of IL,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, D&A Services, LLC of IL, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties, have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 4, 2021

                                                  Respectfully submitted,

                                                  */s/ Michael P. Schuette*
                                                  Michael P. Schuette, Esq.
                                                  Florida Bar No. 0106181
                                                  Dayle M. Van Hoose, Esq.
                                                  Florida Bar No. 0016277
                                                  SESSIONS, ISRAEL & SHARTLE
                                                  3350 Buschwood Park Drive, Suite 195
                                                  Tampa, Florida 33618
                                                  Telephone: (813) 890-2460
                                                  Facsimile: (877) 334-0661
                                                  mschuette@sessions.legal
                                                  dvanhoose@sessions.legal

*Counsel for Defendant,*
*D&A Services, LLC of IL*

## **CERTIFICATE OF SERVICE**

I certify that on this 4th day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Michael P. Schuette*
Attorney